[No. 75331-2-I.   Division One.   July 17, 2017.]

620, LLC, *Appellant*, v. MERIDIAN, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-14567-3, Monica J. Benton, J., entered May 27, 2016. *Reversed* by unpublished opinion per Becker, J., concurred in by Schindler and Spearman, JJ.

[No. 75451-3-I.   Division One.   July 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY D. ANDREWS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-8-01406-6, Roger Rogoff, J., entered June 30, 2016. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Leach, JJ.

[No. 75602-8-I.   Division One.   July 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SALLYEA ONEAL MCCLINTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07306-5, Bill Bowman, J., entered July 21, 2016. *Reversed* by unpublished per curiam opinion.

[No. 75852-7-I.   Division One.   July 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH NJOROGE KANGEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 16-1-00584-1, Jim Rogers, J., entered August 26, 2016. *Reversed* and *remanded* by unpublished per curiam opinion.